UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-cv-61717-JIC

JAN BENSON SEGAL,

      Plaintiff,

vs.

SKYLINE CHILI, INC.; SKYLINE CHILI
FRANCHISE DEV. CORP.; and LAMBU
ENTERPRISES, INC., d/b/a SKYLINE CHILI,

      Defendants.
_____/

## NOTICE OF FILING

Defendant, SKYLINE CHILI, INC., by and through the undersigned attorney,

hereby gives notice that the following have been filed with the Clerk of Court

Proposed Order

DATED: **March 15, 2012**

                      __/s/ Justin C. Sorel_____
                      JUSTIN C. SOREL
                      Florida Bar No.: 016256
                      E-mail Address:  Justin.Sorel@csklegal.com
                      BRIAN S. PITA
                      Florida Bar No.: 041903
                      E-mail Address: Brian.Pita@csklegla.com

Case No. 0:11-cv-61717-JIC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **15th** day of **March, 2012**, I electronically filed

the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the

foregoing document is being served this day on all counsel of record identified on the

attached Service List in the manner specified via transmission of Notice of Electronic

Filing generated by CM/ECF

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Telephone: (561) 383-920
Facsimile: (561) 683-8977


By: _____/s/ Justin C. Sorel_____
           JUSTIN C. SOREL
           FBN: 016256
           BRIAN S. PITA
           FBN: 041903

## SERVICE LIST

Daniel B. Reinfeld, Esq.
William Glenn Dill, Esq.
Dill & Reinfeld, PLLC
Wells Fargo Financial Center
1909 Tyler Street, Fourth Floor
Hollywood, FL 33020
T: 954-558-8139
F:  954-628-5054
Email:  dan@reinfeldlaw.com
Email: dillwg@aol.com

Christopher J. Stearns, Esq.
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Telephone:  (954) 463-0100
 Facsimile: (954 463-2444
 stearns@jambg.com