UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 0:11-cv-61717-JIC

JAN BENSON SEGAL,

    Plaintiff,

vs.

SKYLINE CHILI, INC.; SKYLINE CHILI FRANCHISE DEV. CORP.; and LAMBU ENTERPRISES, INC., d/b/a SKYLINE CHILI,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and states that Plaintiff and Defendants have reached an agreement as to the resolution of all claims against them, and anticipate submission of a joint stipulation of dismissal to the Court for approval within 20 days.

WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 28th day of March, 2012. We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those

counsel or parties who are not authorized to receive electronic Notices of Filing.

                                      Respectfully submitted,

By:   /s/ Daniel B. Reinfeld
       DANIEL B. REINFELD, ESQ.
       Florida Bar No.: 174815
       DILL & REINFELD, PLLC
       2450 Hollywood Boulevard
       Suite 310
       Hollywood, FL 33020
       Telephone: (954) 494-4131
       Facsimile: (954) 628-5054
       E-Mail: dan@reinfeldlaw.com

**Service List**

JUSTIN CANNER SOREL, ESQ.
Cole Scott & Kissane
1645 Palm Beach Lakes Boulevard
Mellon National Bank Bldg 2nd Floor
West Palm Beach, FL 33401
Telephone: 561-383-9200
Facsimile: 561-683-8977
Email: sorel@csklegal.com

CHRISTOPHER J. STEARNS , JR.
Johnson Anselmo Murdoch Burke Piper & Hochman PA
2455 E Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
Email: stearns@jambg.com