UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF COURT

CASE NO. 11-61717-CIV-COHN/SELTZER

JAN BENSON SEGAL,

    Plaintiff,

vs.

SKYLINE CHILI, INC., SKYLINE CHILI
FRANCHISE DEV. CORP, and LAMBU
ENTERPRISES, INC. d/b/a SKYLINE
CHILI,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Settlement and Voluntary Dismissal of Case With Prejudice [DE 37] ("Stipulation"). The Court has carefully reviewed the Stipulation, the record in the case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 13th day of April, 2012.

                                                                             _____
                                                                             JAMES I. COHN
                                                                             United States District Judge

Copies provided to counsel of record via CM/ECF.